Tony DANIELS, Petitioner–Appellant,

v.

Ronald J. ANGELONE; John R. Alderman, Chairman, Virginia Parole Board, Respondents–Appellees.

No. 00–6697.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 8, 2000.

Decided Feb. 9, 2001.

Tony Daniels, pro se. Matthew P. Dullaghan, Office of the Attorney General of Virginia, Richmond, VA, for appellees.

Before WILKINS, LUTTIG, and WILLIAMS, Circuit Judges.

PER CURIAM.

Tony Daniels seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Daniels v. Angelone*, No. CA–99–930 (W.D.Va. May 5, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*